**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**November 9, 2005**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-50398
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GEORGE LAWRENCE ANDREWS, also known
as Larry Andrews,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:02-CR-258-2
--------------------

Before REAVLEY, GARZA, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Appealing the Judgment in a Criminal Case, George Lawrence
Andrews raises arguments that are foreclosed by United States v.
Scroggins, 411 F.3d 572, 576-77 (5th Cir. 2005), which held that
the Due Process Clause does not bar the application of Justice
Breyer's remedy opinion in United States v. Booker, 125 S. Ct.
738 (2005), when resentencing defendants in light of Booker. The

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.